431 FIFTH AVENUE CORPORATION, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued April 17, 1946; decided July 23, 1946.

*John J. Bennett, Corporation Counsel* (*William S. Lebwohl, Charles C. Weinstein* and *Rose Schneph* of counsel), for appellant.

*Paul Windels, David B. Tolins* and *Julius J. Teller* for respondent.

*Samuel D. Smoleff* for Citizens Union of the City of New York, *amicus curiæ,* in support of appellant's position.

*Carl S. Stern, Edward Weinfeld* and *Blanche L. Miller* for Citizens' Housing Council of New York, Inc., *amicus curiæ,* in support of appellant's position.

*Albert S. Bard* for Executive Committee of the New York Chapter of the American Institute of Architects, *amicus curiæ,* in support of appellant's position.

On appeal from judgment, judgment affirmed, with costs. On appeal from order, order affirmed. Questions certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.